UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: CV -07-299

Rachel Cosentino

                                          The Honorable Arthur J. Schwab

        Plaintiff,

    vs.                                      Case No. 07–cv– 00299

Academy Collection Services, Inc.

                                        <u>JURY TRIAL DEMANDED</u>

        Defendant.

<u>STIPULATION OF DISMISSAL</u>

IT IS HEREBY STIPULATED AND AGREED by and between counsel for all parties hereto that

the instant action be and is hereby dismissed with prejudice and for each party to pay their own

costs and attorneys' fees.

Dated:  June 20, 2007             Respectfully submitted,

**JEFFREY L. SUHER, P.C.**

**By:  s/Jeffrey L. Suher**
Jeffrey L. Suher, Esquire
4328 Old William Penn Highway, Suite 2J
Monroeville, PA 15146
Telephone:  (412) 374-9005
Facsimile: (412) 374-0799
lawfirm@jeffcanhelp.com

Dated:  June 20, 2007                    **Marshall, Dennehey, Warner, Coleman & Goggin**


*/s/Paul J. Atencio*
Paul J. Atencio, Esquire
2900 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 803-1170
(412) 803-1188 (fax)
pjatencio@mdwcg.com
Counsel for Defendant